**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DAVID LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ, an Individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>YNS ENTERPRISE NO 1 LLC, a California limited liability company, DENNY'S RESTAURANT #6770; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 5:21-cv-00661-JWH-SP<br><br>**NOTICE OF SETTLEMENT OF THE ENTIRE CASE.**<br><br><br><br><br><br><br><br><br><br>Date Action Filed: April 14, 2021<br>Trial Date: Not Set Yet. |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to Local Rules – Central District of California, Rule 16-15.7 the parties in the above-captioned action have reached an agreement to settle all claims between Plaintiff DAVID LOPEZ and Defendant YNS ENTERPRISE NO 1 LLC and DENNY'S RESTAURANT #6770. The Settlement has been agreed to in principle and the parties are in the process of preparing and finalizing the Settlement Agreement and Dismissal. The parties intend to finalize the agreement as soon as practicable, but respectfully request that the parties are given sixty (60) days to finalize the Settlement Agreement and file the Dismissal. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines.

DATED: August 18, 2021                    **MCFARLIN LLP**

                                          By:   /s/ Timothy G. McFarlin\_\_\_\_\_
                                                Timothy G. McFarlin
                                                Attorneys for Plaintiff
                                                DAVID LOPEZ