**MCFARLIN LLP**
Timothy G. McFarlin (State Bar No. 223378)
Email: tim@mcfarlinlaw.com
4 Park Plaza, Suite 1025
Irvine, California 92614
Telephone: (949) 544-2640
Fax: (949) 336-7612

Attorneys for Plaintiff
DAVID LOPEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID LOPEZ, an Individual, | Case No.: 5:21-CV-00661-JWH-SP |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE.** |
| YNS ENTERPRISE NO 1 LLC, a California limited liability company, DENNY'S RESTAURANT #6770; and DOES 1-10, | |
| Defendants. | |

- 1 -

IT IS HEREBY STIPULATED, by and between the parties to this action, that Defendants YNS ENTERPRISE NO 1 LLC and DENNY'S RESTAURANT #6770 (collectively, "Defendants") and Plaintiff DAVID LOPEZ ("Plaintiff") through their respective attorneys of record, McFarlin LLP on behalf of Plaintiff and Law Office of Frank N. Lee on behalf of Defendants, that Plaintiff's claims filed in the above referenced proceeding have settled, with the parties to bear their own respective fees and costs, and that Plaintiff's Complaint can be and shall be dismissed with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1).

IT IS SO STIPULATED.

DATED: October 18, 2021                **MCFARLIN LLP**

                                       By:   /s/ Timothy G. McFarlin
                                             _____
                                             Timothy G. McFarlin
                                             Attorneys for Plaintiff
                                             DAVID LOPEZ

DATED: October 18, 2021                **LAW OFFICE OF FRANK N. LEE**

                                       By:   /s/ Frank N. Lee
                                             _____
                                             Frank N. Lee
                                             Attorneys for Defendants
                                             YNS ENTERPRISE NO 1 LLC and
                                             DENNY'S RESTAURANT #6770